IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SPRINT SPECTRUM,                    No. 09-05022 CW

       Plaintiff,

   v.                                  ORDER ADMINISTRATIVELY CLOSING CASE

COUNTY OF SAN MATEO,

       Defendant.
                                    /

On October 28, 2009, the above-captioned case was consolidated for all further proceedings with C-09-00342 CW, <u>Sprint Spectrum v. County of San Mateo</u>. Accordingly,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 10/28/09

_____
CLAUDIA WILKEN
United States District Judge